Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, STARLINA FAYE WIGGINS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STARLINA FAYE WIGGINS,<br><br>      Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendants. | Case No.: CV 09-03805<br><br>[~~PROPOSED~~]  ORDER AWARDING EAJA FEES<br><br>[Link Dkt. No. 25]<br><br>DAVID T. BRISTOW<br>UNITED STATES DISTRICT<br>COURT JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND ONE HUNDRED DOLLARS ($3,100.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: October 13, 2010

_____
DAVID T. BRISTOW
U.S. DISTRICT COURT

-1-